UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | CASE Number: 06-50134-01 |
|  | USM Number: |
| **MIGUEL GALVAN-TORRES** | **Pamela Smart (A/FPD)** |
| (Name of Defendant) | (Defendant's Attorney) |

**THE DEFENDANT:**

[X] Pleaded guilty to count(s)    **ONE**

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] Was found guilty on count(s) _____ after a plea of not guilty.

**Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:**

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1028(a)(6) | FRAUD WITH IDENTIFICATION DOCUMENTS | 07-21-06 | ONE |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____.

[ ] Count(s) __ (is) (are) dismissed on motion of the United States.

    **IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

**December 18, 2006**
**Date of Imposition of Judgment**

**Mark L. Hornsby, United States Magistrate Judge**
**Name and Title of Judicial Officer**

**December 18, 2006**
**Date Signed**

_[signature]_
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

**DEFENDANT:** **MIGUEL GALVAN-TORRES**  **JUDGMENT PAGE  2  OF  2**
**CASE NO.:** **06-50134-01**

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:**

**Defendant is committed to the custody of the Bureau of Prisons for a period of time served.**

**Fine is waived, but Defendant is ordered to pay $25 to the Crime Victim Fund.**

**Defendant is ordered released from the custody of the U.S. Marshal.**

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.

    [ ]   at __ a.m./p.m. on __.

    [ ]   as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    [ ]   before 2:00 p.m. on __.

    [ ]   as notified by the United States Marshal.

    [ ]   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
United States Marshal

by _____
Deputy Marshal